IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RICKY B. LEGGITTE, SR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:09cv477-MHT |
| | ) | (WO) |
| ERIC SHINSEKI, Secretary, | ) | |
| Department of Veterans | ) | |
| Affairs, | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit asserting claims under the Equal Pay Act, 29 U.S.C. § 206(d) and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e through 2000e-17. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record,

the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

    An appropriate judgment will be entered.

    DONE, this the 21st day of January, 2011.

                                   /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE