IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICKY B. LEGGITTE, SR.,      )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )      2:09cv477-MHT
                             )           (WO)
ERIC SHINSEKI, Secretary,    )
Department of Veterans       )
Affairs,                     )
                             )
    Defendant.               )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 82) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 77) is adopted.

(3) Defendant's motion for summary judgment (doc. no. 41) is granted.

 (4) Plaintiff's claim under the Equal Pay Act, 29 U.S.C. § 206(d), is dismissed without prejudice.

 (5) Plaintiff's claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e through 2000e-17, is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case is closed.

 DONE, this the 21st day of January, 2011.

        /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE